UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RYDON CLYDE TETON,<br><br>   Petitioner,<br><br>   v.<br><br>UNITED STATES DISTRICT COURT, et al.,<br><br>   Respondents. | CASE NO. 2:24-cv-01162-RAJ-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, all objections, and the remaining record, the Court finds and ORDERS the following:

(1)   The Court ADOPTS the Report and Recommendation. (Dkt. # 5).

(2)   Petitioner Rydon Clyde Teton's federal habeas petition (Dkt. # 4) is DISMISSED WITHOUT PREJUDICE.

ORDER - 1

(3) The Clerk is directed to send copies of this Order to Petitioner and to the Honorable David W. Christel.

Dated this 30th day of September, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2